PATRICK E. HIGGINBOTHAM, Circuit Judge,’
concurring in part; dissenting in part:
As in Convergys Corporation v. NLRB,[1] this ease concerns whether a.company’s class and collective action waiver violates Section 8(a)(1) of the National Labor Relations Act (“the Act”), 29 U.S.C. §§ 151, et seq. For the reasons stated in my dissent in Convergys, I would hold that a bare class and collective action waiver outside of an arbitration, agreement violates the Act. On this issue, I dissent from the majority opinion.
'However,- I agree with the majority’s analysis and conclusion that the waiver does not violate § 8(a)(1) for the independent reason that employees could reasonably interpret it to restrict their right to bring charges with the Board. On this issue, I concur in the majority opinion.

. No. 15-60860, 866 F.3d 635, 2017 WL 3381432 (5th Cir. Aug. 7, 2017).